FILED
CLERK, U.S. DISTRICT COURT

MAY 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN ANDREW SMITH, | ) | NO. CV 08-2756-GHK(E) |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| D.K. SISTO, Warden, et al., | ) | |
| Respondent. | ) | |

In 1999, Petitioner filed a habeas petition in this Court challenging a 1994 conviction and sentence that occurred in Superior Court case No. VA020803. See Smith v. The President of the United States, et al., No. CV 99-10051-LGB(E). By Judgment entered May 19, 2000, this Court entered Judgment denying and dismissing the petition with prejudice.

In July, 2002, Petitioner filed another habeas petition in this Court attempting to challenge the same Superior Court conviction and sentence. See Smith v. Carey, No. CV 02-5273-AHM(E). By Judgment entered July 25, 2002, this Court denied and dismissed the petition

without prejudice as "second or successive" within the meaning of 28 U.S.C. section 2244(b).

In August, 2002, Petitioner filed another habeas petition in this Court attempting to challenge the same Superior Court conviction and sentence. See Smith v. The President of the U.S., No. CV 02-7340-GHK(E). By Judgment entered September 30, 2002, this Court denied and dismissed the petition without prejudice as "second or successive" within the meaning of 28 U.S.C. section 2244(b).

In December, 2002, the United States Court of Appeals for the Ninth Circuit denied Petitioner's application for authorization to file a second or successive habeas petition. See Smith v. Carey, No. 02-73207.

Petitioner filed the present Petition on April 28, 2008. On page 2 of the present Petition, Petitioner marked the box "Other" in answer to what the Petition "concerns" (Petition at 2). Nevertheless, the body of the Petition clearly reflects that Petitioner again is attempting to challenge the same Superior Court conviction and sentence he challenged unsuccessfully in 1999 (and twice in 2002). Again, Petitioner lacks authorization from the Ninth Circuit to file a second or successive petition. Again, this Court must deny and dismiss the Petition without prejudice. See Burton v. Stewart, 549 U.S. 147, 127 S. Ct. 793, 799 (2007) (where petitioner did not receive authorization from Court of Appeal before filing second or successive petition, "the District Court was without jurisdiction to entertain [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir.

2000) ("the prior-appellate-review mechanism set forth in § 2244(b) requires the permission of the court of appeals before 'a second or successive habeas application under § 2254' may be commenced"); see also Rule 9 of the Rules Governing Section 2254 Cases in the United States District Courts.

For all of the foregoing reasons, the Petition is denied and dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _____5/9_____, 2008.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

PRESENTED this 7th day of May, 2008, by:

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE