FILED
CLERK, U.S. DISTRICT COURT

MAY 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   BRIAN ANDREW SMITH,              )   NO. CV 08-2756-GHK(E)
                                      )
12                  Petitioner,       )
                                      )
13        v.                          )        JUDGMENT
                                      )
14   D.K. SISTO, Warden, et al.,      )
                                      )
15                  Respondent.       )
     _____)

16

17

18        Pursuant to the "Order of Dismissal,"

19

20        IT IS ADJUDGED that the Petition is denied and dismissed

21   without prejudice.

22

23        DATED: _____5/9_____, 2008.

24

25

26        _____
                   GEORGE H. KING
27        UNITED STATES DISTRICT JUDGE

28